## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## HARRISON DIVISION

**ROBERT BENNETT CULVER, JR.**                                    **PLAINTIFF**

**V.**                              **CASE NO. 3:25-CV-3016**

**DEPUTY JOSIAH SMITH,**
**Harrison Police Department;**
**and OFFICER CJ HILL, Harrison Police Department**            **DEFENDANTS**

### <u>ORDER</u>

Comes on for consideration the Report and Recommendation ("R&R") (Doc. 14) filed in this case on June 17, 2025, by the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas. No party filed objections to the R&R, and the time to file objections has now passed.

**IT IS THEREFORE ORDERED** that the R&R is **ADOPTED IN ITS ENTIRETY**, and the case is **DISMISSED WITHOUT PREJUDICE** pursuant to Rule 41(b) of the Federal Rules of Civil Procedure and Rule 5.5(c)(2) of the Local Rules for the Eastern and Western Districts of Arkansas.

**IT IS SO ORDERED** on this 8th day of July, 2025.


*/s/ Timothy L. Brooks*
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE